**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIO CESAR RODRIGUEZ BONILLA,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN, FACILITY ADMINISTRATION GEO GROUP, INC., ET AL.,<br>Respondents. | Case No. 5:26-cv-03034-VBF-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is GRANTED. The Court declares that Petitioner Julio Cesar Rodriguez Bonilla (A# 204-759-920) ("Petitioner") is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), but instead is detained pursuant to 8 U.S.C. § 1226(a). Respondents shall either provide Petitioner an individualized bond

hearing before a neutral Immigration Judge within seven (7) days or release Petitioner if such hearing is not timely provided. At the bond hearing, the Government must bear the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community (The Immigration Judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the forgoing standard.). Respondents shall provide adequate notice to Petitioner so that he can prepare for the bond hearing and Respondents shall grant any request for a reasonable continuance made by Petitioner (Respondents may provide the bond hearing after the 7-day deadline if the delay is at the request of Petitioner.). Respondents shall file a notice of compliance **within three days of the bond hearing occurring.**

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all Respondents.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Valerie Baker Fairbank

DATED: July 14, 2026

HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE